Nov. Term,
**1861.**

EMERSON *v.* JONES and Another.

APPEAL from the *Tippecanoe* Common Pleas.

*Per Curiam.*—Judgment by default.  There was no effort to be relieved therefrom in the Court below.

The judgment is affirmed, with 5 per cent. damages and costs.

*E. L. Greenlee*, for the appellant.

*J. E. McDonald* and *A. L. Roache*, for the appellees.